UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 21-02636
Gerald J Saweikis;  )
Elieen T Saweikis;  )  Chapter: 13
  )  Honorable Jacqueline P Cox
  )
  )
Debtor(s)  )

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

On the motion of BMO Harris Bank, N.A., a secured creditor herein, the Court having jurisdiction over the subject matter and due notice having been given;

IT IS HEREBY ORDERED that the automatic stay in this case is modified as to the interest of BMO Harris Bank, N.A., its successors, and/or assigns in the property commonly known as 8440 W 122nd Pl, Palos Park, IL 60464.

IT IS FURTHER ORDERED THAT Rule 4001(a)(3) is not applicable and the effect of this order is not stayed.

No further payments are to be disbursed to said creditor on its Proof of Claim.

Enter: *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: April 05, 2021

**Prepared by:**

Diaz Anselmo Lindberg, LLC
1771 West Diehl Road, Suite 120
Naperville, IL 60563
(630) 453-6960 | (866) 402-8661 | (630) 428-4620 (fax)
ILBankruptcy@dallegal.com
Firm File Number: B21030009
This law firm is deemed to be a debt collector.