## UNITED STATES BANKRUPTCY COURT
## NORTHER DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re Gerald J. Saweikis and
Eileen T. Saweikis,

Debtors.

Bankr. No. 21-02636

Chapter 13

Judge Jacqueline Cox

### Order Requiring Report of Disposition of Claim

On June 17, 2022, the Debtors filed a motion seeking sanctions and damages against BMO Harris Bank, N.A. for violating the automatic stay. Docket 39. The motion was continued to August 1, 2022 and subsequently to August 29, 2022.

On August 1, 2022 the court was told that the motion had been settled and/or that the parties were dividing the proceeds. On August 21, 2022 the motion was withdrawn before its August 29, 2022 hearing date.

The court is hereby requiring that the Debtors' attorney Mr. Joseph S. Davidson file a report on the docket explaining whether and how the motion for sanctions was settled and how and if its proceeds, if any, have been distributed. The required report must be filed on or before September 9, 2022.

This matter is set for a compliance hearing on Monday, September 12, 2022 at 11:00 a.m.

Judge: _J. Cox_   _Jacqueline P. Cox_

Date: August 29, 2022

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                      )
                                            )        Chapter 13
Gerald J. And Eileen T. Saweikis,           )
                                            )        Case No. 21 B 02636
            Debtor(s).                      )
                                            )
                                            )

### CERTIFICATE OF SERVICE

I, <u>Josephine Green</u>, certify that on <u>August 29, 2022</u>, I caused a copy of the attached <u>Order Requiring Report of Disposition of Claim</u> to be served on the persons listed below via Facsimile (where indicated); First Class Mail (**) or electronically via the Court's electronic notification system.

**Gerald J Saweikis & Eileen T Saweikis (**)**
8440 W. 122nd Place
Palos Park, IL 60464-3103

**Joseph P Doyle**
Law Office of Joseph P Doyle
105 S Roselle Road
Suite 203
Schaumburg, IL 60193

**Joseph S. Davidson**
Ottosen, DiNolfo Hasenbalg & Castaldo, Ltd.
1804 North Naper Boulevard
Suite 350
Naperville, IL 60563

**Mark Wheeler (**)**
c/o Thomas H. Hooper
Office of the Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Suite 3850
Chicago, IL 60603

**Nisha B. Parikh**
Diaz, Anselmo Lindberg
1771 W. Diehl Road
Suite 120
Naperville, IL 60563

**Josephine Green**
**Courtroom Deputy**